DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEROY T. ROBERSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0404

_____

July 17, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Leroy T. Roberson, Jr., pro se.


PER CURIAM.

Affirmed.


SILBERMAN, LaROSE, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.